AUSAs: Jake Sidransky, Reyhan Watson, Anthony P. Ferrara

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

26 MAG 3472

UNITED STATES OF AMERICA

v.

XIONGHU FANG,

Defendant.

**SEALED COMPLAINT**

Violations of 18 U.S.C. §§ 1001(a)(2) & (a)(3), 1546(a), and 2.

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

JOSEPH C. TAORMINA, being duly sworn, deposes and says that he is a Special Agent with the U.S. Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), and charges as follows:

**COUNT ONE**
**(False Statements)**

1. On or about December 30, 2024, in the Southern District of New York and elsewhere, XIONGHU FANG, the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, and made and used a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement and entry, to wit, in a Form I-485, Application to Register Permanent Residence or Adjust Status, filed with the United States Citizenship and Immigration Services, FANG falsely stated that he had never: (i) served in, been a member of, assisted, or participated in any military unit; (ii) been a member of or in any way affiliated with the Communist Party or any other totalitarian party (in the United States or abroad); or (iii) misrepresented any information on an application to obtain a visa required for entry into the United States.

(Title 18, United States Code, Sections 1001(a)(2), (3), and 2.)

**COUNT TWO**
**(Immigration Document Fraud)**

2. From at least on or about December 30, 2024, through at least June 2025, in the Southern District of New York and elsewhere, XIONGHU FANG, the defendant, knowingly made under oath, and as permitted under penalty of perjury under section 1746 of title 28, United States Code, knowingly subscribed as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations prescribed thereunder, and knowingly presented and caused to be presented such an application, affidavit, and other document which contained such a false statement and which failed to contain any reasonable basis in law and fact, to wit, in a Form I-485, Application to Register Permanent Residence or Adjust Status, filed with the United States Citizenship and Immigration Services,

FANG falsely certified, under penalty of perjury, that the statements contained within the application were complete, true, and correct.

(Title 18, United States Code, Sections 1546(a) and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I am a Special Agent with HSI. I have been personally involved in the investigation of this matter. This affidavit is based upon my conversations with law enforcement and immigration personnel and my examination of law enforcement, court, and immigration reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

FANG's 2019 Non-Immigrant Visa Application

4. Based upon my review of law enforcement records and United States Citizenship and Immigration Services ("USCIS") records, I am aware that, on or about May 6, 2019, XIONGHU FANG, the defendant, submitted or caused to be submitted to USCIS an application seeking a non-immigrant visa to enter the United States (the "Visa Application"). In the Visa Application, FANG was asked the following questions and gave the following answers:

a. "Do you have any specialized skills or training, including firearms, explosives, nuclear, biological, or chemical experience?" to which FANG responded, "No."

b. "Have you ever served in the military?" to which FANG responded, "No."

FANG's 2024 Green Card Application

5. Based upon my review of law enforcement records and USCIS records, I have learned that, on or about December 30, 2024, XIONGHU FANG, the defendant, submitted or caused to be submitted to USCIS a Form I-485, Application to Register Permanent Residence or Adjust Status (the "Green Card Application").

6. Part 8 of the Green Card Application lists various questions under the heading "General Eligibility and Inadmissibility Grounds," including the following:

a. Question 1 asked: "Have you **EVER** been a member of, involved in, or in any way associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other location in the world including any military service?" In response, FANG answered, "No."

b. Question 49 asked: "Have you **EVER** received any type of military, paramilitary, or weapons training?" In response, FANG answered, "No."

c. Question 55 asked: "Have you **EVER** served in, been a member of, assisted, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit,

rebel group, guerilla group, militia, insurgent organization, or any other armed group?" In response, FANG answered, "No."

d. Question 56 asked: "Have you **EVER** been a member of or in any way affiliated with the Communist Party or any other totalitarian party (in the United States or abroad)? In response, FANG answered, "No."

e. Question 71 asked: "Have you **EVER** lied about, concealed, or misrepresented any information on an application or petition to obtain a visa, other documentation required for entry into the United States, admission to the United States, or any other kind of immigration benefit?" In response, FANG answered, "No."

7. Based upon my review of law enforcement records and USCIS records, I am aware that in the Green Card Application, XIONGHU FANG, the defendant, swore under penalty of perjury to the truth of the foregoing answers to Questions 1, 49, 55, 56, and 71, among others, in a certification signed by him on or about December 30, 2024, that provided:

> I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

8. As set forth below, I believe that XIONGHU FANG's, the defendant's, sworn answers to Questions 1, 49, 55, 56, and 71 of the Green Card Application, among others, were false, because of his prior membership in and affiliation with the People's Liberation Army ("PLA"), which is the military branch of the Chinese Communist Party and the primary armed forces of the People's Republic of China. Based upon my participation in this investigation, my review of law enforcement records and USCIS records, and my conversations with other members of law enforcement, I have learned the following:

a. At all times relevant to this Complaint, FANG resided in a penthouse apartment in Manhattan, New York (the "FANG Residence").

b. On or about February 12, 2026, members of law enforcement executed a judicially authorized search warrant at the FANG Residence. Pursuant to the search warrant, law enforcement found, among other things, evidence of FANG's past membership in and affiliation with the PLA, including:

i. Several images in which FANG is wearing military uniforms consistent with those worn by members of the PLA and holding what appears to be a QBZ-95 bullpup automatic assault rifle (the standard service rifle used by the PLA).[1] I believe the

---

[1] Based on my review of public databases maintained by the U.S. Army, the QBZ-95 is an assault rifle that was designed and manufactured for the PLA, the People's Armed Police (the Chinese para-military police), and other Chinese law enforcement agencies. *See* U.S. Army, *QBZ-95 Chinese 5.8mm Assault Rifle*, OE Data Integration Network (last updated Oct. 29, 2024),

individual in the images to be FANG based on my review of his immigration file maintained by DHS. The images found pursuant to the search warrant include the following:





ii. An image in which FANG appears with other individuals in military uniforms consistent with those worn by members of the PLA:



---

https://odin.t2com.army.mil/WEG/Asset/QBZ-95_Chinese_5.8mm_Bullpup-Style_Assault_Rifle.

iii. An image which depicts a document stamped with the emblem of an agency within the PLA ("Document-1"):


立功受奖通知书

[illegible] 县(市)人民政府民政局：

[illegible] 同志（ ）系你县(市)

[illegible] 乡(区) [illegible] 村(街)人。

在 [illegible] 中，[illegible]。

业经 [illegible]，[illegible] 之奖励。

特此通知。

此 致

敬 礼

部(处)(盖章)

二〇一四年九月十八日

*Document-1*

c. Based on my review of a translation of Document-1, I understand that:

i. Document-1 is a "Notification for Merits and Awards (receipt)" for an individual named "Xionghu Fang" with the same month and year of birth as FANG and from the same province in China where FANG was born, issued by the "Political Office, Guangzhou Communications Bureau, General Chief of Staff Department" for "Outstanding student, outstanding Party member" on or about September 18, 2014.

ii. Document-1 lists FANG's "Level Military Rank" as "Major" and indicates an "Enlistment Date" of on or about September 1, 2003.

iii. Document-1 provides that FANG became a "Party (Youth League) Member" in or about March 2003.

iv. Document-1 further provides, in substance and in part: "Mr. FANG Xionghu from your Tangzai Village, Songzhu Township, performed outstandingly and contributed greatly in his military work. Hereby as approved by the Party Committee of the Guangzhou Communications Bureau, General Chief of Staff Department, the Third-class Merit Award is awarded to him. This serves as your special notice."

9. Based upon my review of law enforcement records and USCIS records, I am also aware that Part 10 of the Green Card Application states under the heading "Applicant's Statement, Contact Information, Declaration, Certification, and Signature" the following: "**NOTE:** Read the **Penalties** section of the Form I-485 Instructions before completing this part," and further stated,

"I reviewed and understood all of the information contained in, and submitted with, my application." Based on my review of USCIS records, I am aware that at all times relevant to this Complaint, the Penalties section of the Form I-485 Instructions stated, in substance and in part, "If you knowingly and willfully falsify or conceal a material fact or submit a false document with your Form I-485, we will deny your Form I-485 and may deny any other immigration benefit. In addition, you will face severe penalties provided by law and may be subject to criminal prosecution."

10. Based on my review of law enforcement and USCIS records, I am aware that the Green Card Application was processed by USCIS at an office located in Manhattan, New York. In addition, I am aware that USCIS sent FANG a Form I-797C, Notice of Action, Request for Applicant to Appear for Initial Interview, on or about May 12, 2025, requesting that FANG appear on or about June 18, 2025, at the USCIS office at 26 Federal Plaza, in Manhattan, New York.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of XIONGHU FANG, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

JOSEPH C. TAORMINA
Special Agent
Homeland Security Investigations

Sworn to before me this 25 day of August, 2026.

THE HONORABLE BARBARA MOSES
United States Magistrate Judge
Southern District of New York